UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------------------x

N.L.,

                Plaintiff,

    v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

                Case No.: 3:18-cv-455

                March 16, 2018

                JURY DEMAND

                Defendant.

-----------------------------------------------------------------------------x

# PLAINTIFF'S
# MOTION TO PROCEED UNDER PSEUDONYM

Plaintiff N.L. (hereinafter "Plaintiff" or "N.L.") respectfully submits this motion to proceed under pseudonym.  As is more fully set forth in the accompanying Memorandum of Law in support of this Motion, Plaintiff has gone to great lengths to keep the existence of his mental disabilities private.  Permitting Plaintiff to proceed under a pseudonym will not interfere with the Defendant's right to defend itself. Plaintiff does not wish to seal the entire case proceedings; he only wishes to conceal his identity by proceeding under a pseudonym.  All filings will be otherwise available to the public and will therefore not infringe upon the public's right to follow these proceedings.  Lastly, denying Plaintiff's request will likely subject him to discrimination in employment and education and have a chilling effect on individuals with disabilities enforcing their civil rights.  Proceeding under a pseudonym is the only remedy for the aforementioned concerns.

The Plaintiff therefore respectfully requests that the Court grant his Motion and permit him to proceed under a pseudonym.

March 16, 2018					Respectfully Submitted,


\_\_\_\_/s/_____
Nancy B. Alisberg
CT 21321
Disability Rights Connecticut, Inc.
846 Wethersfield Avenue
Hartford, CT 06114
Tel: 860.990.0175
Fax: 860-296-0055
nancy.alisberg@disabilityrightsct.org