# Invoice

**SEAGULL LEGAL SERVICES INC.**
PO BOX 1706
SOUTHAMPTON, PA 18966

| Date | Invoice # |
|---|---|
| 3/22/2018 | 32889 |

**Bill To**
JO ANNE SIMON, P.C.
356 FULTON ST., 3RD FL.
BROOKLYN, NY 11201

**Case**
N.L. V. NATIONAL BOARD OF MEDICAL EXAM

| Attorney | Contact | File # |
|---|---|---|
|  |  |  |

| Item | Description | Amount |
|---|---|---|
| PROCESS OF SERVICE | SERVICE OF SUMMONS & COMPLAINT<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS<br>3750 MARKET ST.<br>PHILADELPHIA, PA 19107<br><br>SIGNED FOR BY: SUZANNE WILLIAMS<br>12:50PM<br><br>RUSH SERVICE!! | 81.00 |
| COPY CHARGE | TO PRINT DOCUMENTS | 5.00 |

**For your convenience, we are now accepting credit cards. Processing fee of $5 or 3% if over $200.

| | |
|---|---|
| **Total** | $86.00 |
| **Customer Total Balance** | $86.00 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| (215) 962-7021 | (215) 357-9144 | seagullegal@yahoo.com | www.seagullegal.com |

N. L.,

V.                                             SUMMONS IN A CIVIL CASE

**NATIONAL BOARD OF MEDICAL EXAMINERS,**

CASE NUMBER: 3:18−CV−00455−AWT

TO: **National Board of Medical Examiners**
Defendant's Address:

3750 Market St.
Philadelphia PA 19107

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Nancy B. Alisberg**
**Disability Rights Connecticut**
**846 Wethersfield Avenue**
**Hartford, CT 06114**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − M. Enderlin
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2018−03−20 10:01:06.0, Clerk
USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Board of Medical Examiners
was received by me on *(date)* 3/20/18 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Suzanne Williams , who is
designated by law to accept service of process on behalf of *(name of organization)* National
Board of Medical Examiners on *(date)* 3/22/18 ; or
(12:50pm)

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____ 0.00

I declare under penalty of perjury that this information is true.

Date: 3/23/18

Servers signature

Richard Scollon Jr. - Process Server
Printed name and title
Seagull Legal Services
PO Box 1706
Southampton, PA 18966
Servers address

Additional information regarding attempted service, etc: