IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------------------------------x

N.L.,

                    Plaintiff,

       v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

                                        Case No.: 3:18-cv-455

                                        April 11, 2018

                    Defendant.

-------------------------------------------------------------------------x

**MOTION TO ADMIT JO ANNE SIMON and MARY JENAE GOODWIN-OQUENDO
AS VISITING ATTORNEYS**

Pursuant to Local Rule of Civil Procedure 83.1(d), the undersigned hereby moves that Jo Anne Simon and Mary Jenae Goodwin-Oquendo of the New York state bar be admitted as visiting attorneys in this matter on behalf of Plaintiff N.L. In support of this Motion, the undersigned submits the Affidavits of Jo Anne Simon and Mary Jenae Goodwin-Oquendo.

In further support of this Motion, and in accordance with Local Rule 83.1(c), the undersigned states that she is in good standing with this Court and maintains an office within the District of Connecticut located at 846 Wethersfield Avenue, Hartford, CT  06114 where service of all papers in connection with this matter be made. In light of her experience, Ms. Simon and Ms. Goodwin-Oquendo are well suited to represent Plaintiff as co-counsel in this action.  I certify that I or other Connecticut counsel with an appearance in this case will be present at all proceedings held before this Court.

For the foregoing reasons, it is respectfully requested that this Motion be granted.

DATED:  Hartford, Connecticut, April 11, 2018.

 /s/ Nancy B. Alisberg
NANCY B. ALISBERG
Fed. Bar No. CT 21321
Disability Rights Connecticut, Inc.
846 Wethersfield Avenue
 Hartford, CT 06114
Tel: 860.990.0175
 Fax: 860-296-0055
 nancy.alisberg@disabilityrightsct.org

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Nancy B. Alisberg, hereby certify that the Motion to Admit Jo Anne Simon and Mary Jenae Goodwin-Oquendo as Visiting Attorneys filed through the CM/ECF system will be sent electronically to the registered participants as identified on the CEF (CEF) namely, Nancy B. Alisberg, and email copies will be sent to those indicated as non-registered participants, Jo Anne Simon and Mary Jenae Goodwin-Oquendo on April 11, 2018

By:

 /s/ Nancy B. Alisberg

Nancy B. Alisberg
Fed. Bar No. CT 21321