UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------------x

N.L.,

                      Plaintiff,

    v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

                              Case No.:

                                       JURY DEMAND

                    Defendant.

------------------------------------------------------------------------x

### AFFIDAVIT OF JO ANNE SIMON
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, JO ANNE SIMON, duly swear under penalty of perjury:

1. My office address is 356 Fulton Street, 3rd Floor, Brooklyn, New York 11201. My office telephone number is 718-852-3528. My office fax number is 718-875-5728. My email address is JoAnne@JoAnneSimon.com.

2. I am admitted to the New York State bar and am currently in good standing. My registration number for New York State is 2382349. I am also admitted to the following bars:

    a. The State of New Jersey - Bar Registration No.: 024791990

    b. District of New Jersey - ID No: JS2793

    c. Southern District of New York - ID No: JS2793

    d. Eastern District of New York - ID No: JS2793

    e. Northern District of New York - ID No: 507596

    f. Western District of New York – N/A

- 2 -

    g. United States Court of Appeals for the Second Circuit - N/A

    h. United States Court of Appeals for the Eleventh Circuit – Bar No.: 043931850 (inactive status)

    i. United States Supreme Court - Bar No.: 221284

3. I have no pending disciplinary complaints and have never been disciplined by any bar.

4. I have never been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complain before any court.

5. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. Nancy Alisberg, the attorney sponsoring my request for *pro hac vice* admission, shall be designated as my agent for service of process and the District of Connecticut shall be the forum for the resolution of any dispute arising out of my admission under this court's local rules.

Dated:    April 9, 2018
            Brooklyn, New York

                                                /s/ Jo Anne Simon
                                                Jo Anne Simon
                                                JO ANNE SIMON P.C.
                                                356 Fulton Street, 3rd Floor
                                                Brooklyn, New York 11201
                                                (T) 718-852-3528
                                                (F) 718-875-5728
                                                (E) JoAnne@JoAnneSimon.com

ACKNOWLEDGMENT

STATE OF NEW YORK

COUNTY OF __Kings__

On the 9th day of April, 2018 before me, the undersigned, personally appeared JO ANNE SIMON, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

In witness whereof I hereunto set my hand.

Date: __April 9, 2018__

Notary Public
Printed Name: __Mary Jenae Goodwin-Oquendo__
My Commission Expires: __Dec 5, 2020__

MARY JENAE GOODWIN OQUENDO
Notary Public, State of New York
No. 02GO6351610
Qualified in Bronx County
Commission Expires December 5, 2020