UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------------x

N.L.,

                Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

                Defendant.

Case No.: 3:18-cv-455-AWT

JURY DEMAND

April 4, 2018

-----------------------------------------------------------------------x

## AFFIDAVIT OF MARY JENAE GOODWIN-OQUENDO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, MARY JENAE GOODWIN-OQUENDO, duly swear under penalty of perjury:

1. My office address is 356 Fulton Street, 3rd Floor, Brooklyn, New York 11201. My office telephone number is 718-852-3528. My office fax number is 718-875-5728. My email address is Mary@JoAnneSimon.com.

2. I am admitted to the New York State bar and am currently in good standing. My registration number is 4893111.

3. I have no pending disciplinary complaints and have never been disciplined by any bar.

4. I have never been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complain before any court.

5. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. Nancy Alisberg, the attorney sponsoring my request for *pro hac vice* admission, shall be designated as my agent for service of process and the District of Connecticut shall be the forum for the resolution of any dispute arising out of my admission under this court's local rules.

Dated:    April 4, 2018
         Brooklyn, New York

*Mary J. Goodwin Oquendo*
Mary Jenae Goodwin-Oquendo
JO ANNE SIMON, P.C.
356 Fulton Street, 3rd Floor
Brooklyn, New York 11201
(T) 718-852-3528
(F) 718-875-5728
(E) Mary@JoAnneSimon.com


## ACKNOWLEDGMENT

STATE OF NEW YORK   )
                    ss.:
COUNTY OF  Bronx    )

On this the ___4___ day April, 2018, before me, ~~Mary Jenae~~ MICHAEL C. LICATA (name of notary), personally appeared MARY JENAE GOODWIN-OQUENDO, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

In witness whereof I hereunto set my hand.

Date: 4-4-18

_____
Notary Public
Print Name: MICHAEL C. LICATA
My Commission Expires:
   5-6-18

MICHAEL C LICATA
NOTARY PUBLIC STATE OF NEW YORK
BRONX COUNTY
LIC. #01LI4916370
MY COMM. EXP. MAY 6, 2018

2