UNITED STATES DISTRICT COURT
for the
District of Connecticut

N.L.,

    Plaintiff,

        v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant.

)
)
)
)
)
)

No. 3:18-CV-00455 (AWT)

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the following Defendant:

<u>National Board of Medical Examiners</u>.

Date: April 12, 2018

<u>/s/Marcy Tench Stovall</u>
*Attorney's Signature*

<u>Marcy Tench Stovall – ct14238</u>
*Printed name and bar number*

Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
<u>Bridgeport, CT  06601-7006</u>
*Address*

<u>mstovall@pullcom.com</u>
*E-mail address*

<u>(203) 330-2104</u>
*Telephone number*

<u>(203) 576-8888</u>
*FAX number*

*Rev. 5/4/2011*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/Marcy Tench Stovall
                                                *Attorney's Signature*