UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| N.L., | |
| Plaintiff, | |
| v. | Case No.: 3:18-cv-00455-AWT |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | |
| Defendant. | |

## <u>NBME'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Fed. R. Civ. P. 7.1, Defendant National Board of Medical Examiners ("NBME") states that it is a non-profit corporation.  It has no parent corporation and has no publicly-issued stock.

DATED:  April 12, 2018

Respectfully submitted,

/s/ Marcy Tench Stovall
Marcy Tench Stovall ct14238
Pullman & Comley LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
*mstovall@pullcom.com*
Telephone:  203-330-2104

Attorneys for National Board of Medical Examiners

## **CERTIFICATION**

I hereby certify that on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated at Bridgeport, Connecticut this 12th day of April 2018.

/s/Marcy Tench Stovall (ct14238)