IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x

N.L.,

                                Plaintiff,

                  v.

NATIONAL BOARD OF MEDICAL EXAMINERS        Case No.: 3:18-cv-455

                                                                 June 20, 2018

                                Defendant.

-----------------------------------------------------------------x

**MOTION TO ADMIT ROBERT A. BURGOYNE AS A VISITING ATTORNEY**

     Pursuant to Local Rule of Civil Procedure 83.1(d), the undersigned hereby moves that Robert A. Burgoyne of the District of Columbia bar be admitted as a visiting attorney in this matter on behalf of Defendant National Board of Medical Examiners.  In support of this Motion, the undersigned submits the Affidavit of Robert A. Burgoyne.

     In further support of this Motion, and in accordance with Local Rule 83.1(c), the undersigned states that she is in good standing with this Court and maintains an office within the District of Connecticut located at 850 Main Street, Bridgeport, Connecticut, 06601-7006, where service of all papers in connection with this matter may be made.  Based upon his experience, Mr. Burgoyne is well suited to represent Defendant as co-counsel in this action.  I certify that I or other Connecticut counsel with an appearance in this case will be present at all proceedings held before this Court.

For the foregoing reasons, it is respectfully requested that this Motion be granted.

DATED:  Hartford, Connecticut, June 20, 2018.

/s/  Marcy Tench Stovall_____
Marcy Tench Stovall – ct14238
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
mstovall@pullcom.com
Telephone: 203-330-2104

Attorneys for the National Board of Medical Examiners

**CERTIFICATE OF SERVICE**

I, Marcy Stovall, hereby certify on this 20th day of June, 2018, that the Motion to Admit Robert A. Burgoyne as a Visiting Attorney has been filed through the CM/ECF system and therefore will be sent electronically to the registered participants as identified on the CM/ECF, which constitutes service.

By:

/s/ Marcy Tench Stovall_____
Marcy Tench Stovall