IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------x

N.L.,

          Plaintiff,

v.                                          Case No.: 3:18-cv-455

NATIONAL BOARD OF MEDICAL EXAMINERS,         June 20, 2018

          Defendant.

---------------------------------------------------------------x

**AFFIDAVIT OF ROBERT A. BURGOYNE**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, ROBERT A. BURGOYNE, duly swear under penalty of perjury:

      1.      My office address is 700 Thirteenth Street, N.W., Washington, DC 20005. My office telephone number 202 654-1744. My office fax number is 202 654-6211. My email address is rburgoyne@perkinscoie.com.

      2.      I am admitted to the District of Columbia bar and am currently in good standing. My registration number is 366757. I am also member of the Commonwealth of Pennsylvania bar, where my bar number is 77964, on voluntary inactive status.

      3.      I have no pending disciplinary complaints and have never been disciplined by any bar.

      4.      I have never been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before any court.

5.  I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6.  Marcy Stovall, the attorney sponsoring my request for *pro hac vice* admission, shall be designated as my agent for service of process and the District of Connecticut shall be the forum for the resolution of any dispute arising out of my admission under the court's local rules.

Dated:   June 20, 2018

_____
Robert A. Burgoyne
Perkins Coie LLP
700 Thirteenth Street, N.W.
Suite 600
Washington, DC  20005
(T)  202-654-1744
(F)  202-654-6211
(E)  rburgoyne@perkinscoie.com