# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **N.L.** | ) | |
| *Plaintiff* | ) | |
| v. | ) Case No. | **3:18-cv-00455** |
| **National Board of Medical Examiners** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the plaintiff, N.L.

Date:   **June 26, 2018**

/s/ Catherine E. Cushman
*Attorney's signature*

**Catherine E. Cushman**
*Printed name and bar number*

**Disability Rights Connecticut, Inc.
846 Wethersfield Avenue
Hartford, CT 06114**
*Address*

**catherine.cushman@disrightsct.org**
*E-mail address*

**860-297-4300**
*Telephone number*

**860-296-0055**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on     **June 26, 2018**     , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ **Catherine E. Cushman**

*Attorney's signature*