IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------------------------------x

N.L.,

                Plaintiff,

    v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

                                                   Case No.: 3:18-cv-455

                                                     June 27, 2018

                Defendant.

-------------------------------------------------------------------------x

## MOTION TO WITHDRAW APPEARANCE

     Nancy B. Alisberg hereby moves this Court for an Order withdrawing her appearance as counsel for Plaintiff N.L. in the above-captioned matter. Attorney Alisberg will be resigning from Disability Rights Connecticut effective June 29, 2018. Catherine Cushman of Disability Rights Connecticut, Inc. and Jo Anne Simon of Jo Anne Simon, P.C. remain in the case as counsel for Plaintiffs.

Dated: June 27, 2018

                                                Respectfully submitted,

                                               /s/ Nancy B. Alisberg
                                             NANCY B. ALISBERG
                                             Fed. Bar No. CT 21321
                                             Disability Rights Connecticut, Inc.
                                             846 Wethersfield Avenue
                                             Hartford, CT 06114
                                             Tel: 860.990.0175
                                             Fax: 860-296-0055
                                             nancy.alisberg@disabilityrightsct.org

                                             Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Nancy B. Alisberg, hereby certify that the Motion to Withdraw Appearance was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the CEF (CEF) system and email copies will be sent to those indicated as non-registered participants, on June 27, 2018

    By:

    /s/ Nancy B. Alisberg_____

    Nancy B. Alisberg
    Fed. Bar No. CT 21321