UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------------------x

N.L.,

                         Plaintiff,

       v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

                         Case No.: 3:18-cv-455-AWT

                        Defendant.

-----------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record

I have been granted *pro hac vice* admission to practice in this Court and I appear in this case as co-counsel for Plaintiff N.L.

Date: July 2, 2018                                        s/Mary Jenae Goodwin-Oquendo

                                                            Bar number: phv09558
                                                             Jo Anne Simon PC
                                                             356 Fulton Street, 3rd Floor
                                                             Brooklyn, New York 11201
                                                             Mary@Joannesimon.com
                                                             (Telephone): 718-852-3528
                                                             (Fax): 718- 875-5728

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date: July 2, 2018                                      s/Mary Jenae Goodwin-Oquendo

Bar number: phv09558
Jo Anne Simon PC
356 Fulton Street, 3rd Floor
Brooklyn, New York 11201
Mary@Joannesimon.com
(Telephone): 718-852-3528
(Fax): 718- 875-5728