# United States District & Bankruptcy Courts
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC  20001

_____

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**ROBERT ANTHONY BURGOYNE**

was, on the __7th__ day of __February__ A.D. __1983__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __21st__ day of __May__ A.D. 2018.

ANGELA D. CAESAR, CLERK

By: _____
Public Operations Administrator

