UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------------------------x

N.L.,

                      Plaintiff,

      v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

                      Case No.: 3:18-cv-455-AWT

                    Defendant.                    August 14, 2018

---------------------------------------------------------------------------x

# STIPULATION OF DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(ii), this action, including all claims, defenses, and affirmative defenses, is dismissed with prejudice in accordance with the parties' agreement, all parties to bear their own costs, attorneys' fees and expenses.

Date:   August 14, 2018

By:
   /s/
Jo Anne Simon, Esq.
Jo Anne Simon, P.C.
356 Fulton Street
3rd Floor
Brooklyn, NY 11201
Telephone: (718) 852-3528
Fax: (718) 875-5728
JoAnne@JoAnneSimon.com

*Counsel for Plaintiff N.L.*

By:
   /s/
Marcy Tench Stovall, Esq.
Pullman & Comley LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601
Telephone: (203)-330-2104
Fax: (203)-576-8888
mstovall@pullcom.com

*Counsel for Defendant National Board of Medical Examiners*